NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JOHN MEZZALINGUA ASSOCIATES, INC. (DOING BUSINESS AS PPC, INC.),

*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee.*

2010-1536

On appeal from the United States International Trade Commission in Investigation No. 337-TA-650.

## ON MOTION

Before BRYSON, *Circuit Judge.*

## O R D E R

Verizon Communications Inc. and Google Inc. move for leave to file a brief amicus curiae in support of neither party. John Mezzalingua Associates, Inc. opposes and the International Trade Commission responds to the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 2 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John F. Sweeney, Esq.
    Daniel E. Valencia, Esq.
    Michael K. Kellogg, Esq.
    Michelle K. Lee, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 2 8 2011**

**JAN HORBALY**
**CLERK**